IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01512-RBJ-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

MORELAND AUTO GROUP, LLLP,
KID'S FINANCIAL, INC., d/b/a C.A.R. Finance,
KID'S AUTOMOTIVE, INC., and
BRANDON FINANCIAL, INC.,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order [Doc. 16]** [Docket No. 22; Filed February 6, 2012], (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [#16] entered on October 11, 2011 is amended to extend the following deadlines:

- Deadline to Serve Written Discovery Requests    **March 10, 2012**
- Discovery Deadline    **April 9, 2012**

    The discovery deadline is extended for the sole purpose of responding to written discovery requests. All other discovery must be completed by **March 10, 2012**.

Dated: February 7, 2012