IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01512-RBJ-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

MORELAND AUTO GROUP, LLLP,
KID'S FINANCIAL, INC., d/b/a C.A.R. Finance,
KID'S AUTOMOTIVE, INC., and
BRANDON FINANCIAL, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order [Doc. 16] to Permit Deposition Out of Time** [Docket No. 30; Filed March 14, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [#16] entered on October 11, 2011, as amended on February 7, 2012 [#24] and March 9, 2012 [#29], is further modified to extend the March 10, 2012 discovery deadline to **March 26, 2012** for the sole purpose of taking the deposition of Cheryl Brooks.[1]

    Dated: March 14, 2012

---

[1] On February 7, 2012, the Court ordered that all discovery be completed by March 10, 2012, other than responding to outstanding written discovery requests, which are due no later than April 9, 2012. *See Minute Order* [#24]. On March 9, 2012, the Court extended the March 10, 2012 discovery deadline for the sole purpose of completing the Rule 30(b)(6) depositions by March 23, 2012. *See Amended Minute Entry* [#29] at 2. Those deadlines remain unaltered.