IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01512-RBJ-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

MORELAND AUTO GROUP, LLLP,
KID'S FINANCIAL, INC., d/b/a C.A.R. Finance,
KID'S AUTOMOTIVE, INC., and
BRANDON FINANCIAL, INC.,

    Defendants.

_____

### ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's email notification that Plaintiff considers the undersigned to be a material witness in the case.[1]  In accordance with Canon 3 of the Code of Conduct for United States Judges, I hereby recuse myself from this case. Accordingly,

    IT IS HEREBY **ORDERED** that the Clerk of the Court shall reassign this case to another Magistrate Judge.

    Dated:  April 17, 2012 at Denver, Colorado

BY THE COURT:

*/s/ Kristen L. Mix*

Kristen L.  Mix
United States Magistrate Judge

---

[1] This case was drawn and subsequently referred [#4] to me on June 14, 2011 by Chief Judge Wiley Y. Daniel for pretrial case management.  The matter was subsequently reassigned from Chief Judge Wiley Y. Daniel to District Judge R. Brooke Jackson on September 26, 2011 [#9].