# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

Civil Action No.   11-cv-01512-RBJ-MJW          FTR - Courtroom A-502

Date:   May 24, 2012                            Courtroom Deputy, Ellen E. Miller

*Parties*                                       *Counsel*

EQUAL EMPLOYMENT OPPORTUNITY                     Sean W.  Ratliff
COMMISSION,                                      David A. Winston

     Plaintiff(s),

v.

MORELAND AUTO GROUP, LLLP,                       Timothy L. Nemechek
KID'S FINANCIAL, INC., d/b/a C.A.R. Finance,
KID'S AUTOMOTIVE, INC., and
BRANDON FINANCIAL, INC.,

     Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

---

**HEARING**:     **FINAL PRETRIAL CONFERENCE**
**Court in Session:**     9:30 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion to Compel Discovery [Docket No. 34] and Defendants' Motion for Protective Order [Docket No. 36] for oral argument.

Argument by David A. Winston on behalf of Plaintiff.
Argument by Timothy L. Nemechek on behalf on Defendants.


**It is ORDERED:**     Plaintiff's Motion to Compel Discovery [Docket No. **34**, filed March 23, 2012 ] and Defendants' Motion for Protective Order [Docket No. **36,** filed March 30, 2012] ] are **TAKEN  UNDER  ADVISEMENT.**
The court will issue its written Order.

**It is ORDERED:**     Defendants shall have up to and including **JUNE 07, 2012** within which to file their written responses to Plaintiff's Second Motion to Compel Discovery [Docket No. **43**, filed April 09, 2012] and Plaintiff's Third Motion to Compel Discovery [Docket No. **53**, Filed April 23, 2012].

Parties shall meet and confer regarding the Plaintiff's Second and Third Motions to Compel Discovery.   If these motions are resolved, defendants shall notify the Court in their responses.

The proposed Final Pretrial Order is reviewed.

**It is ORDERED**:        The proposed FINAL  PRETRIAL ORDER which was tendered to the court,  and modified from the bench,  is  made an order of court.

Defendants anticipate filing a Motion in Limine within the next ten (10) days.

Hearing concluded.

**Court in recess:**    10:14 a.m.
Total In-Court Time 00:44

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.