UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01512-WYD-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

MORELAND AUTO GROUP, LLLP,
KIDS' FINANCIAL, INC. dba C.A.R. FINANCE,
KIDS' AUTOMOTIVE, INC., and
BRANDON FINANCIAL, INC.,

Defendants.
_____

### DEFENDANTS' RESPONSES TO PLAINTIFF'S FOURTH SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSIONS
_____

Defendants Moreland Auto Group, LLLP; Kids Financial dba C.A.R. Finance; Kids Automotive, Inc.; and Brandon Financial, Inc.; by and through their attorney of record, Timothy L. Nemechek, Esq. of the law firm of NEMECHEK & MAGRUDER, LLC, and submit the following Responses to Plaintiff EEOC's Fourth Set of Interrogatories, Requests for Production of Documents, and Requests for Admission:

25.     **Identify** all **persons** hired by and/or **transferred** or otherwise moved to any of the **Defendants** from 2007 to the present, and state the date of each such **person's** hire, **transfer**, or move.

Exhibit 6

**RESPONSE: Objection. Said interrogatory is overbroad, burdensome and oppressive. Further, even utilizing Plaintiff's definitions and limiting this inquiry to the named Defendants who had employees, it would be impossible to identify each employee who was hired by Defendant Kids Auto and C.A.R Finance.**

## REQUESTS FOR PRODUCTION

22. For each **Moreland-owned entity** in existence and/or conducting business in Colorado (including but not limited to wholesale and retail car dealerships and automobile financing entities) on June 3, 2008, provide a copy of its employee handbook(s) prepared for and/or distributed to it by Cindy Carlheim at any time from 2004 to the present, and indicate which such handbook was in effect on June 3, 2008.

**RESPONSE: A copy of the employee handbook Defendants Kids Auto and C.A.R Finance has been produced in discovery. No employee handbook was issued for Moreland Auto Group, LLLP or Brandon Financial, Inc. since those entities had no employees.**

**As to other companies in which Mr. Moreland has an ownership interest, this discovery quest is overbroad and burdensome. Further, it is subject to the pending discovery motions currently pending before Magistrate Judge Kristen Mix.**

23. Provide a **document(s)** evidencing **Defendants'** alleged decline in revenues from 2006 to the present.

## REQUESTS FOR ADMISSIONS

22. Admit that during the period of time when settlement negotiations were ongoing in *Moreland I*, it was Phil Harris' opinion that any employee who took settlement money was disloyal.

**RESPONSE: Deny.**

23. Admit that during the period of time when settlement negotiations were ongoing in *Moreland I*, it was Phil Harris' opinion that any employee who took settlement money should resign.

**RESPONSE: Deny.**

24. Admit that during a settlement conference with Magistrate Judge Kristen Mix in *Moreland I*, Phil Harris said that any employee who took settlement money was disloyal, or words to that effect.

2

**RESPONSE: Defendants are unable to ascertain the meaning of words to that effect on this basis, this request for admission is denied.**

25.   Admit that during a settlement conference with Magistrate Judge Kristen Mix in *Moreland I*, Phil Harris said that any employee who took settlement money should resign, or words to that effect.

**RESPONSE: Deny.**

## VERIFICATION

STATE OF COLORADO   )
                    ) ss.
COUNTY OF _____ )

I hereby certify this _____ day of _____, 2012, that the foregoing Responses to Plaintiff's Fourth Set of Interrogatories, Request for Production and Requests for Admission are true and accurate to the best of my personal knowledge and belief.

_____
Phil Harris
C.A.R. Finance

3

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2012, a true and correct copy of the foregoing **DEFENDANTS' RESPONSES TO PLAINTIFF'S FOURTH SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSIONS** were served electronically via electronic mail, and addressed to the following:

Andrew Winston, Esq.
EEOC
Denver Field Office
303 East 17th Ave, Suite 410
Denver, CO 80203-9634

                                                   s/ Tim Nemechek