IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera                Date: July 27, 2012
Court Reporter:    Kara Spitler

Civil Action No. 11-cv-01512-RBJ-MJW

*Parties*:                                                      *Counsel*:

EQUAL EMPLOYMENT OPPORTUNITY              Andrew Winston
COMMISSION,                                             Sean Ratliff

      Plaintiff,

v.

MORELAND AUTO GROUP, LLLP,                   Timothy Nemechek
KIDS' FINANCIAL INC.,
KIDS' AUTOMOTIVE, INC., and
BRANDON FINANCIAL, INC.,

      Defendants.

COURTROOM MINUTES

Trial to Jury - Day Two.

**Court in session**:     **8:39 a.m.**

Jury not present.

Parties address the Court regarding witness schedule.

Argument by the parties regarding the testimony of Magistrate Judge Mix and Mr. Nemechek.

Argument regarding Defendants' Objection and Motion in Limine Regarding Testimony of Marlon Harris Doc.# [117].

**ORDERED:**   Defendants' Objection and Motion in Limine Regarding Testimony of Marlon

        Harris Doc.# [117] is GRANTED.

Court makes findings and conclusions as to the testimony of Magistrate Judge Mix and Mr. Nemechek.

Jury present.

Court addresses the jury regarding witness and trial schedule.

Plaintiff's witness, Robert York, called and sworn.

9:21 a.m.      Direct examination of Mr. York by Mr. Ratliff.

Plaintiff's Exhibit 63 (Page 1921) is ADMITTED.

Plaintiff's Exhibit 4 (Page 92) is ADMITTED.

9:39 a.m.      Cross examination of Mr. York by Mr. Nemechek.

**Court in recess:    9:48 a.m.**
**Court in session:   10:45 a.m.**

Jury present.

Continued cross examination of Mr. York by Mr. Nemechek.

10:54 a.m.    Redirect examination of Mr. York by Mr. Ratliff.

Witness excused.

Plaintiff's witness, Cheryl Brooks, called and sworn.

11:00 a.m.    Direct examination of Ms. Brooks by Mr. Ratliff.

Plaintiff's Exhibit 58 (Page 778) is ADMITTED.

11:12 a.m.    Bench conference.

11:13 a.m.    Continued direct examination of Ms. Brooks by Mr. Ratliff.

11:14 a.m.    Cross examination of Ms. Brooks by Mr. Nemechek.

11:18 a.m.    Redirect examination of Ms. Brooks by Mr. Ratliff.

Witness excused.

Plaintiff's witness, Gary Campbell, called and sworn.

11:21 a.m.   Direct examination of Mr. Campbell by Mr. Winston.

Plaintiff's Exhibit 4 (Pages 222 and 223) is ADMITTED.

Plaintiff's Exhibit 59 (Page 1186) is ADMITTED.

Plaintiff's Exhibit 4 (Page 94) is ADMITTED.

**Court in recess:     12:07 p.m.**
**Court in session:    12:54 p.m.**

Cross examination of Mr. Campbell by Mr. Nemechek.

Defendant's Exhibit K is ADMITTED.

Defendant's Exhibit I is ADMITTED.

Defendant's Exhibit J is ADMITTED.

1:30 p.m.   Redirect examination of Mr. Campbell by Mr. Winston.

1:36 p.m.   Bench conference regarding jurors' questions.

1:38 p.m.   Court questions the witness with the jurors' questions.

1:40 p.m.   Recross examination of Mr. Campbell by Mr. Nemechek.

Witness excused.

Plaintiff's witness, Marlon Harris, called and sworn.

1:42 p.m.   Direct examination of Mr. Harris by Mr. Winston.

Plaintiff's Exhibit 48 is ADMITTED.

Plaintiff's Exhibit 49 is ADMITTED.

Plaintiff's Exhibit 50 is ADMITTED.

Plaintiff's Exhibit 51 is ADMITTED.

Plaintiff's Exhibit 54 is ADMITTED.

Plaintiff's Exhibit 55 is ADMITTED.

1:55 p.m.        Cross examination of Mr. Harris by Mr. Nemechek.

2:04 p.m.        Redirect examination of Mr. Harris by Mr. Winston.

Witness excused.

Plaintiff's witness, Cynthia Carlheim, called and sworn.

2:06 p.m.        Direct examination of Ms. Carlheim by Mr. Ratliff.

Plaintiff's Exhibit 96 (Page 326) is ADMITTED.

Plaintiff's Exhibit 79 is ADMITTED.

Plaintiff's Exhibit 80 is ADMITTED.

Plaintiff's Exhibit 81 is ADMITTED.

Plaintiff's Exhibit 82 is ADMITTED.

Defendant's Exhibit A is ADMITTED.

Plaintiff's Exhibit 89 (Pages 2340, 2343, 2345) is ADMITTED.

Plaintiffs Exhibit 4 (Pages 2-28) is ADMITTED.

**Court in recess:        2:47 p.m.**
**Court in session:       3:01 p.m.**

Continued direct examination of Ms. Carlheim by Mr. Ratliff.

Plaintiff's Exhibit 83 is ADMITTED.

Plaintiff's Exhibit 84 is ADMITTED.

Plaintiff's Exhibit 85 is ADMITTED.

Plaintiff's Exhibit 86 is ADMITTED.

Plaintiff's Exhibit 87 is ADMITTED.

| | |
|---|---|
| 3:19 p.m. | Cross examination of Ms. Carlheim by Mr. Nemechek. |
| 3:55 p.m. | Redirect examination of Ms. Carlheim by Mr. Ratliff. |
| 4:01 p.m. | Bench conference regarding the jurors' questions. |
| 4:01 p.m. | Court questions the witness with the jurors' questions. |

Witness excused.

Parties address the Court regarding witness availability.

Court addresses the jury.

Jury excused.

Jury is instructed to be present Monday at 9:00 a.m.

**Court in recess:     4:11 p.m.**
**Court in session:    4:26 p.m.**

Discussion regarding the testimony of Magistrate Judge Mix.

Discussion regarding jury instructions.

Counsel are instructed to be present Monday at 9:00 a.m.

**Court in recess:     5:27 p.m.**

Trial continued.
Total Time: 06:35