IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: July 30, 2012
Court Reporter:   Gwen Daniel

Civil Action No. 11-cv-01512-RBJ-MJW

*Parties*:                                                         *Counsel*:

EQUAL EMPLOYMENT OPPORTUNITY          Andrew Winston
COMMISSION,                                            Sean Ratliff

    Plaintiff,

v.

MORELAND AUTO GROUP, LLLP,                 Timothy Nemechek
KIDS' FINANCIAL INC.,
KIDS' AUTOMOTIVE, INC., and
BRANDON FINANCIAL, INC.,

    Defendants.

### COURTROOM MINUTES

Jury Trial - Day Three

**Court in session**:     **9:01 a.m.**

Jury not present.

Parties advise the Court they have reached a settlement agreement.

Plaintiff puts the settlement agreement on the record.

**ORDERED:**  Parties to submit dismissal paperwork.

**ORDERED:**  Defendants' Objections and Motion in Limine Re: Complaint and Allegations from Previous Lawsuit Doc.# [120] is DENIED AS MOOT.

**ORDERED:**  Defendants' Objections and Motion in Limine to Exclude Plaintiff's Proposed Exhibit - NLRB Decision Doc.# [125] is DENIED AS MOOT.

**Court in recess:**     9:06 a.m.

Trial concluded.
Total Time: 00:05